UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v<br><br>MATTHEW STEPHEN CASTRO,<br><br>Defendant(s) | CASE NO. SA CR 14-0006-DOC<br><br>**AMENDED JUDGMENT REVOKING SUPERVISED RELEASE** |

On November 29, 2017 attorney for the Government, Paul LeBlanc and the defendant, Matthew Stephen Castro appeared in person with appointed counsel, Mark Sedlander, DFPD. The defendant admitted guilt to allegation nos. 1 – 3 as stated in the Petition on Probation and Supervised Release (Bench Warrant) September 11, 2017.

The Court found that the defendant violated the conditions of the Supervised Release order imposed on November 6, 2014.

Upon the findings of the Court, the period of supervised release is REVOKED and the defendant, Matthew Stephen Castro, is committed to the Bureau of Prisons for a term of eight (8) months.

It is ordered that the defendant be placed on Supervised Release for a period of twenty-four (24) months under the same terms and conditions as previously imposed on November 6, 2014.

1

Upon release from custody, the defendant shall reside for a period of up to six (6) months in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U. S. Marshal and the U.S. Probation Office.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2017