

FILED
CLERK U.S. DISTRICT COURT
NOV 14 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SACR 14-0006-DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| MATTHEW CASTRO, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

1. he can refrain from drug usage
2. he failed to report for drug testing

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply with conditions of release;

prior history

IT IS ORDERED that defendant be detained.

DATED: 11-14-18

EDWARD A. INFANTE
UNITED STATES MAGISTRATE JUDGE

2